UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

The Black & Decker Corporation,

                      Plaintiff,

    vs.

Techtronic Industries North America, Inc.,

                      Defendants.

Civil No. 05-462 (RHK/AJB)

**ORDER**

_____

      The above matter is referred to Magistrate Judge Arthur J. Boylan for an expedited

settlement conference at such time and under such conditions as Judge Boylan directs.

      Defendant's Motion to Dismiss will be **CONTINUED UNDER ADVISEMENT**

pending the completion of the settlement conference with Judge Boylan.

Dated:  June 15, 2005

                                     s/Richard H. Kyle
                                     RICHARD H. KYLE
                                     United States District Judge